ACCEPTED
14-14-00818-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/20/2015 9:40:33 AM
CHRISTOPHER PRIN
CLERK

## No. 14-14-00818-CV

In the Court of Appeals for the
Fourteenth District of Texas at Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/20/2015 9:40:33 AM
CHRISTOPHER A. PRINE
Clerk

CITY OF HOUSTON,

*Appellant*

V.

KELLEY STREET ASSOCIATES, LLC,

*Appellee*

On Appeal from the 295th Judicial District Court
Harris County, Texas
Trial Court Case No. 2013-36796

## Appellant's Unopposed First Motion for Extension of Time to File Reply Brief

To the Honorable Fourteenth Court of Appeals:

The City of Houston moves for an extension of time to file its reply brief and would respectfully show as follows:

1.   The brief is due on February 23, 2014.

2.   The City of Houston requests a 15-day extension of time for filing its reply brief; no previous extension has been requested. If granted, the new due date will be March 10, 2015.

3.   The undersigned has a busy appellate practice, including related trial court motions and hearings, with the City. Among other briefs the

undersigned has been, and continues to be, working on during this briefing period are:

   a. Preparing and presenting oral argument for Appellant Ryan Gardiner and Cross-Appellee City of Houston in *Echols v. Gardiner*, No. 13-20756 in the United States Court of Appeals for the Fifth Circuit, on February 5, 2015;

   b. City of Houston's Appellee's Brief in *Staten v. City of Houston*, No. 14-20564 in the United States Court of Appeals for the Fifth Circuit, filed February 18, 2015;

   c. City of Houston's Reply in Support of Petition for Review in *City of Houston, et al. v. Little Nell Apartments, LP, et al.*, No. 14-0473 in the Supreme Court of Texas, due February 23, 2015;

   d. Amicus Brief in support of City of Dallas in *City of Dallas v. Albert*, No. 13-0940 in the Supreme Court of Texas, anticipated to be filed on or around February 26, 2015.

4. This motion is not filed for purposes of delay but so that justice may be done.

5. Appellee does not oppose this motion.

For these reasons, Appellant City of Houston respectfully asks that the Court grant it a 15-day extension of time to file its reply brief, so that the new due date will be March 10, 2015, and grant any other relief to which it is entitled.

Respectfully submitted,

DONNA L. EDMUNDSON
City Attorney
JUDITH L. RAMSEY
Chief, General Litigation Section

By: _/s/ Robert W. Higgason_
     Robert W. Higgason
     Senior Assistant City Attorney
     State Bar No. 09590800
     City of Houston Legal Department
     900 Bagby, 3rd Floor
     Houston, Texas 77002
     Telephone:   832.393.6481
     Facsimile:    832.393.6259
     robert.higgason@houstontx.gov

*Attorneys for Appellant City of Houston*

3

## Certificate of Conference

I hereby certify that I have conferred with Appellee's counsel and that Appellee is unopposed to this motion.

/s/ Robert W. Higgason
Robert W. Higgason

## Certificate of Service

I hereby certify that on this 20th day of February, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

H. Miles Cohn
CRAIN, CATON & JAMES, P.C.
Five Houston Center
1401 McKinney, 17th Floor
Houston, TX 77010-4035
mcohn@craincaton.com

*Attorney for Plaintiff*

/s/ Robert W. Higgason
Robert W. Higgason